UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEBORAH A. DAWSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　Defendant. | CIVIL ACTION NO.  1:13-cv-10017-NMG |

### JOINT MOTION FOR CONTINUATION OF AUGUST 23, 2013 SETTLEMENT CONFERENCE

The plaintiff, Deborah Dawson, and the defendant, Portfolio Recovery Associates, LLC jointly move the Court to continue the Settlement Conference presently scheduled for August 23, 2013.  The parties have sought and obtained from the Court their first extension of the discovery period in this matter until November 6, 2013. The Court also extended the filing deadline for motions pursuant to Fed. R. Civ. P. 56 until December 7, 2013. The parties expect to complete discovery in this matter, including any necessary depositions, by the extended deadline of November 6, 2013.   After conferring, the parties agree that mediation is mostly likely to be productive after discovery is complete, but prior to the deadline for dispositive motions. Specifically, the parties have not yet deposed each other, which both counsel believe is critical to a productive mediation. Accordingly, the parties jointly request that the Settlement Conference be continued to the first available date on or after November 8, 2013.

WHEREFORE, the Parties request that the Settlement Conference presently scheduled for August 23, 2013 be continued until to the first available date on or after November 8, 2013.

| | |
|---|---|
| Respectfully submitted,<br>DEBORAH DAWSON<br><br>By her Attorneys<br><br>*/s/ Max Weinstein*_____<br>Max Weinstein, BBO #600982<br>Legal Services Center of Harvard Law School<br>mmweinstein@law.harvard.edu<br>122 Boylston Street<br>Jamaica Plain, MA 02130<br>Tel: 617-390-2690 | Respectfully submitted,<br>PORTFOLIO RECOVERY ASSOCIATES, LLC<br>By Its Attorneys<br><br>*/s/ Ranen S. Schechner* _____<br>Ranen S. Schechner, BBO #655641<br>rschechner@hinshawlaw.com<br>Andrew M. Schneiderman, BBO #666252<br>aschneiderman@hinshawlaw.com<br>Hinshaw & Culbertson LLP<br>28 State Street, 24th Floor<br>Boston, MA 02109<br>Tel: 617-213-7000 / Fax: 617-213-7001 |

Dated:  August 23, 2013

## **CERTIFICATE OF SERVICE**

I, Max Weinstein, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Max Weinstein*_____
Max Weinstein